# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**(Honorable M. James Lorenz)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR3038-L |
| Plaintiff, | ) | ORDER |
| HECTOR ARAUX-SANDOVAL | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing set for April 20, 2009, at 8:30 a.m. be rescheduled to June 8, 2009, at 8:30 a.m.

**SO ORDERED.**

DATED: April 17, 2009

_____
M. James Lorenz
United States District Court Judge