|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08cr3038-L |
|---|---|---|
| Plaintiff, | )<br>)<br>) | AMENDED ORDER OF<br>CRIMINAL FORFEITURE |
| v. | ) | |
| HECTOR ARAUX-SANDOVAL, | )<br>) | |
| Defendant. | ) | |
| _____ | ) | |

On April 17, 2009, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of HECTOR ARAUX-SANDOVAL in the properties listed in the Forfeiture Allegations of the Second Superseding Indictment, namely,

    (1)    One Ford Expedition, Gray in Color, California license plate number 5KCJ852, vehicle identification number 1FMPU18L3XLA26779; and

    (2)    Approximately $3,500.00 in United States currency seized from 4231 Logan Avenue, Apartment F, San Diego, CA.

For thirty (30) consecutive days ending on May 20, 2009, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right

//

to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

Thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

In consideration of the terms of the plea agreement, Defendant's wife, Luz Ester Roman, has agreed and consented to the forfeiture of the properties described above. There were no other potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of HECTOR ARAUX-SANDOVAL and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

(1) One Ford Expedition, Gray in Color, California license plate number 5KCJ852, vehicle identification number 1FMPU18L3XLA26779; and

(2) Approximately $3,500.00 in United States currency seized from 4231 Logan Avenue, Apartment F, San Diego, CA.

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service, United States Customs and Border Protection, and any other governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

IT IS FURTHER ORDERED that the United States Marshals Service and United States Customs and Border Protection shall dispose of the forfeited properties according to law.

DATED: July 14, 2009

_____
M. James Lorenz
United States District Court Judge